

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2021

**By ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **United States of America v. One Tyrannosaurus Bataar Skeleton,**
             **12 Civ. 4760 (PKC)**

Dear Judge Castel:

      Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

      Thank you very much for the Court's consideration.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                  United States Attorney

                  by: _____
                              Martin S. Bell
                              Assistant United States Attorney
                              (212) 637-2463

cc:    Counsel of Record (by ECF)